IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**CHRISTOPHER L. SECHLER**  **PLAINTIFFS**
and **SUSAN R. SECHLER**

V.  NO. 3:22-CV-198-DMB-RP

**U.S. BANK NATIONAL ASSOCIATION,**
Trustee for Truman 2016 SC6 Title Trust  **DEFENDANT**

## NOTICE

TAKE NOTICE that a proceeding in this case has been SET as follows:

| Place | Date and Time |
|---|---|
| **United States Federal Building**<br>**911 Jackson Avenue East**<br>**Oxford, Mississippi 38655**<br><br>**Courtroom 1 – First Floor** | **September 28, 2022**<br>**2:45 p.m.** |

Type of Proceeding

**EVIDENTIARY HEARING ON PLAINTIFFS' MOTION
FOR PRELIMINARY INJUNCTION [5]
BEFORE UNITED STATES DISTRICT JUDGE DEBRA M. BROWN**

*ATTORNEYS ARE RESPONSIBLE FOR NOTIFYING THEIR CLIENTS OF COURT APPEARANCES

DAVID CREWS, Clerk of Court

By: /s/Leketia Bryant
    Leketia Bryant, Courtroom Deputy

Date:   September 20, 2022

Electronic notice only to:
All Counsel of Record
U.S. Probation Service
U.S. Marshal Service