IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

# CIVIL MINUTES – GENERAL

No. 3:22-cv-198

CHRISTOPHER L. SECHLER, ET AL. V. U.S. BANK NATIONAL ASSOCIATION

Place Held: Oxford, Mississippi

Date & Time Began:  September 28, 2022, 3:11 p.m.
Date & Time Ended:  September 28, 2022, 5:18 p.m.

TOTAL TIME: 2 hours, 6 minutes

HONORABLE DEBRA M. BROWN, U.S. DISTRICT JUDGE, PRESIDING

| Leketia Bryant | Brenda Blackburn |
|---|---|
| Courtroom Deputy | Official Court Reporter |
| FOR THE GOVERNMENT: | FOR THE DEFENDANT: |
| Michael Martz | Amanda Beckett |

Proceeding:   Hearing on [5] Emergency Motion for Preliminary Injunction

Remarks:   Hearing held; witnesses testified; exhibits admitted. Motion denied.

DAVID CREWS, Clerk of Court

By: /s/Leketia Bryant
    Leketia Bryant, Courtroom Deputy