IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**CHRISTOPHER L. SECHLER** and **SUSAN R. SECHLER**  **PLAINTIFFS**

V.  NO. 3:22-CV-198-DMB-RP

**U.S. BANK NATIONAL ASSOCIATION,**
Trustee for Truman 2016 SC Title Trust  **DEFENDANT**

## EXHIBIT LIST

| Presiding Judge | Attorney for Plaintiff | Attorney for Defendant |
|---|---|---|
| Debra M. Brown | Reed Martz | Amanda Beckett |
| Date | Court Reporter | Courtroom Deputy |
| 9/28/2022 | Brenda Blackburn | Leketia Bryant |

| Pl. | Def. | Offered | Marked | Admitted | Description of Exhibits |
|---|---|---|---|---|---|
| P.1 |  | X |  | X | Deed of Trust |
| P.2 |  | X |  | X | Complaint Exhibit |
| P.3 |  | X |  | X | Chancery Court Hearing Exhibit |
| P.4 |  | X |  | X | Household Assignment |
| P.5 |  | X |  | X | HSBC Assignment |
| P.6 |  | X |  | X | Corrective Assignment |
| P.7 |  | X |  | X | Lost Assignment Affidavit |
| P.8 |  | X |  | X | Assignment US Bank Trust |
| P.9 |  | X |  | X | Notice of Sale of Ownership of Mortgage Loan |