IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**CHRISTOPHER L. SECHLER**      **PLAINTIFFS**
**and SUSAN R. SECHLER**

**V.**      **NO. 3:22-CV-198-DMB-RP**

**U.S. BANK NATIONAL ASSOCIATION,**
Trustee for Truman 2016 SC6 Title Trust      **DEFENDANT**

## ORDER

On September 28, 2022, the Court held an evidentiary hearing on Christopher and Susan Sechler's emergency motion for a preliminary injunction seeking to prevent a September 29 foreclosure sale of their home. *See* Doc. #15. In accordance with the Court's oral ruling, the motion for preliminary injunction [5] is **DENIED**.

**SO ORDERED**, this 30th day of September, 2022.

         /s/Debra M. Brown
         **UNITED STATES DISTRICT JUDGE**