**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**CHRISTOPHER L. SECHLER and
SUSAN R. SECHLER**                                                                  **PLAINTIFFS**

                                                    **CAUSE NO. 3:22-cv-00198-DMB-RP**

**U.S. BANK NATIONAL ASSOCIATION,
TRUSTEE FOR TRUMAN 2016 SC6 TITLE TRUST**                      **DEFENDANT**

---

**NOTICE OF SERVICE OF PRE-DISCOVERY DISCLOSURE INFORMATION**

---

TO:     ALL COUNSEL OF RECORD

Notice is hereby given that, on the date entered below, Plaintiffs disclosed to the Defendant the information required by Federal Rule of Civil Procedure 26(a)(1) and L.U.Civ.R. 26(a)(1).

| | |
|---|---|
| October 18, 2022 | /s/ M. Reed Martz, MS Bar 101443 |
| | FREELAND MARTZ, PLLC |
| | 302 Enterprise Dr., Ste. A |
| | Oxford, MS 38655 |
| | (662) 234-1711 |
| | reed@freelandmartz.com |

## Certificate of Service

I hereby certify that on October 18, 2022, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

Amanda M. Beckett, Esq.     abeckett@rubinlublin.com
                            ab-ecf-notifications@rubinlublin.com
                            amandambeckett@gmail.com

I hereby certify that I have mailed by United States Postal Service the document to the following non-ECF participants: None.

/s/ M. Reed Martz, MS Bar 101443