# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

| | |
|---|---|
| CHRISTOPHER L. SECHLER and SUSAN R. SECHLER,<br><br>    Plaintiffs,<br><br>v.<br><br>U.S. BANK NATIONAL ASSOCIATION, TRUSTEE FOR TRUMAN 2016 SC6 TITLE TRUST,<br><br>    Defendant. | Case No. 3:22-cv-00198-DMP-RP |

## **DEFENDANT'S CORPORATE DISCLOSURE STATEMENT**

COMES NOW, U.S. Bank National Association, as Trustee for Truman 2016 SC6 Title Trust, and makes the following disclosures pursuant to Fed. R. Civ P. 7.1 and LR 7(c):

U.S. Bank National Association is a national banking association with its parent company being U.S. Bancorp, a publicly held company (NYSE: USB). There is no publicly held company that owns 10% or more of the stock of U.S. Bancorp.

Respectfully submitted, this 21st day of October, 2022.

>    */s/ Amanda M. Beckett*
>    AMANDA M. BECKETT
>    MS State Bar No. 102738
>    **RUBIN LUBLIN, LLC**
>    428 N. Lamar Blvd., Suite 107
>    Oxford, Mississippi 38655
>    (601) 398-0153 (Telephone)
>    (470) 508-9203 (Facsimile)
>    abeckett@rlselaw.com
>
>    *Attorney for U.S. Bank National Association, as Trustee for Truman 2016 SC6 Title Trust*

1

**CERTIFICATE OF SERVICE**

 I hereby certify that I have, this 21st day of October, 2022, filed the within and foregoing via CM/ECF, which will serve electronic notice on all parties.

        */s/ Amanda M. Beckett*
        AMANDA M. BECKETT
        MS State Bar No. 102738