UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

| | |
|---|---|
| CHRISTOPHER L. SECHLER and SUSAN R. SECHLER | PLAINTIFFS |
| | CAUSE NO. 3:22-cv-00198-DMB-RP |
| U.S. BANK NATIONAL ASSOCIATION, TRUSTEE FOR TRUMAN 2016 SC6 TITLE TRUST | DEFENDANT |

**NOTICE OF SERVICE OF PLAINTIFF'S EXPERT DESIGNATION**

COME NOW, Christopher L. Sechler and Susan R. Sechler, pursuant to the Federal Rule of Civil Procedure 26(a)(2) and L.U.CIV.R. 26(a)(2)(D), to give notice that they have this day designated Robert M. Janes, BA, MPA, JD, 3107 Walnut Ave., Austin, Texas 78722-1633, rmj@esprouts.com, and concurrently produced his written report to the parties in this matter.

Respectfully submitted,

CHRISTOPHER L. SECHLER and SUSAN R. SECHLER

BY: FREELAND MARTZ, PLLC

/s/ Reed Martz
_____
M. REED MARTZ, MS BAR 101443

FREELAND MARTZ, PLLC
302 Enterprise Drive, Suite A
Oxford, MS 38655
662.234.1711
reed@freelandmartz.com

**Certificate of Service**

  I hereby certify that on January 26, 2023, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

| | |
|---|---|
| Amanda M. Beckett, Esq. | abeckett@rubinlublin.com <br> ab-ecf-notifications@rubinlublin.com <br> amandambeckett@gmail.com |
| Bret Chaness, Esq. | bchaness@rlselaw.com |

  I hereby certify that I have mailed by United States Postal Service the document to the following non-ECF participants: None.

              /s/ M. Reed Martz, MS Bar 101443